UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff

vs.

WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: August 26, 1999<br>Docket: # 102<br>[ ] Plffs   [X] Defts<br>Title: Motion Requesting Order Under Rule 32(d)(3)(B). | Defendants' counsel has asked the Court to intervene with the way in which several depositions are being taken. Defendants complain about the interruptions made by Plaintiff's counsel during depositions when she flips the audio tapes in which she is recording the depositions. Although the Court agrees that interrupting an opposing attorney's questions to flip a tape is disruptive, the Court has a difficult time in understanding counsel for Defendants' low threshold of tolerance and counsel for Plaintiff's lack of consideration and unwillingness to allow opposing counsel to continue with her questions while she changes the audio tape. The Court notes that the level of petty quarreling to which counsel for both parties have stooped is unsettling. This being said, the Court hereby **ORDERS** Plaintiff's counsel not to ask Defendant's counsel to stop her examination for purposes of changing a tape. Plaintiff has two attorneys in this case and while one flips the tape over, the other can take notes. Further, the Court makes a last effort to exhort the parties to try to solve these differences among themselves. More time and costs are devoted in asking the Court to intervene in these issues than in having the parties make an effort to try to solve their differences with civility. |

Date: 8/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:
AUG 30 1999
By:      #106