UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** August 24, 1999<br>**Docket:** # 101<br>[ ] **Plffs**     [X] **Defts**<br>**Title:** Motion Pursuant to Local Rule 108. | **GRANTED IN PART.** Defendants shall file certified translations of the documents filed in Spanish on August 24, 1999 on or before September 24, 1999. |

Date: 8/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:
AUG 30 1999
By:     #107