UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: August 17, 1999<br>Docket: # 91<br>[ ] Plffs      [X] Defts<br>Title: Urgent Motion for Reconsideration of Order Allowing Plaintiff to Add Witness. | **DENIED.** The Court finds that Mr. San Antonio's testimony is relevant and proper. As to the Plaintiff's interrogatory and Defendants' answer, the Court must be practical in addressing the issues of discovery that arise, especially given the lack of cooperativeness exhibited by the parties in this case. As to the reconsideration of Mr. San Antonio's deposition, the Court will not alter the date and will not alter the dates for dispositive motions. The deadlines in the ISC Order were set with the input and full consent of the parties. The Court notes that had discovery flowed without the hindrances and obstacles created by counsel for both parties this situation could have been avoided. |

Date: 8/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd: AUG 3 0 1999
By: ____  # 108