UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 20, 1999<br>**Docket:** # 96<br>[X] **Plffs**      [] **Defts**<br>**Title:** Motion Requesting Leave to Reply to Defendant's Motion in Opposition to Plaintiff's Request to Add Material Witness | The Court **GRANTS** leave to Reply to Defendant's Opposition Motion. The Court has already ruled on the deposition of Mr. Homero San Antonio, which remains on September 1, 1999 at the office of Plaintiff's attorney. Furthermore, Ivette Rivera's deposition is set on **AUGUST 30, 1999** at the office of Plaintiff's attorney. |

Date: 8/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:
AUG 3 0 1999
By:      # 109