UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
                                CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** August 24, 1999<br>**Docket:** # 98<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Motion Requesting Plaintiff's Compliance With Local Rule 311(3). | **GRANTED.** Plaintiff is hereby **ORDERED** to comply with Local Rule 311(3) and date his motions in compliance with such rule. |

Date: 8/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:
AUG 30 1999
By:    #110