UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.                                      CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 26, 1999<br>**Docket:** # 105<br>[] Plffs    [X] Defts<br>**Title:** Motion Informing Status of Discovery Proceedings. | **NOTED.** |
| **Date Filed:** August 26, 1999<br>**Docket:** # 104<br>[] Plffs    [X] Defts<br>**Title:** Motion Informing Supplemental Production of Documents. | **NOTED.** |
| **Date Filed:** August 26, 1999<br>**Docket:** # 103<br>[] Plffs    [X] Defts<br>**Title:** Motion to Inform the Court that Plaintiff has not Informed Whether the Release of Social Security Records Has Been Authorized. | **NOTED.** Plaintiff is hereby **ORDERED** to inform the Court and Defendants on or before **September 10, 1999** whether he has signed the release authorizing the Social Security Administration to release the information related to his application and benefits. |

Date: 8/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd: AUG 30 1999   EOD: AUG 30 1999

# 111