UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP -2 AM 7: 32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

RICARDO SANTIAGO VERA
   Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
   Defendants

CIVIL NO. 98-2231 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 18, 1999<br>**Docket:** # 95<br>[X] Plffs  [] Defts<br>**Title:** Motion to Compel | **GRANTED.** Defendants in their Opposition Motion allege that the Log Book which Plaintiff seeks to discover in its original form contains confidential financial information. The Court finds that obtaining the original Log Book is not information entitled to protection and under the circumstances of this case its disclosure will not result in a fishing expedition, but is discovery directed to find out the number of absences from work of other employees who were not fired vis-a-vis the allegation made by Defendants that Plaintiff was dismissed because of absences. This is financially-wise superficial information which has nothing to do with discovery of the hotel's financial information. Therefore, the Court hereby **ORDERS** Defendants to provide Plaintiff on or before **September 8, 1999** with the original of the Log Book and of all annotations made in the log book which relate to Plaintiff and all information regarding absences of employees for the period of November 1994 to December 1995. Further, Plaintiff seeks to discover the attendance cards kept by Defendants to prove his attendance. Defendants state that such attendance cards were not kept for slot supervisors like Plaintiff. Therefore, they cannot produce them. The Court wishes to be informed of the person in Defendants' staff who made this statement to the Defendants' law firm on or before **September 10, 1999**. |

Date: 8/31/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By:              # 119