UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP -7 AM 7: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 18, 1999<br>**Docket:** # 94<br>[X] **Plffs** [ ] **Defts**<br>**Title:** Motion to Compel | **GRANTED IN PART.** Ms. Lillianne Echevarria is hereby **ORDERED** to appear for her deposition on September 10, 1999 at 1:00 p.m. at the offices of Plaintiff's counsel at # 458 José Canals Street, Suite 401, Hato Rey, P.R. If Ms. Echevarria fails to appear for this deposition after having been duly served with summons and this order, the Court will find Ms. Echevarria in contempt of Court and will not allow her testimony to come in at trial. Defendant is hereby **ORDERED** to provide the Court with any real reason it may have for Ms. Echevarria not appearing for her deposition on or before **September 17, 1999.**<br>    Ms Echevarria has also filed a motion requesting a change in dates for her deposition (**docket No. 114**) stating that she is starting a new job in Vieques and will be there on September 10, 1999. The Court is not compelled by these reasons and hereby **DENIES** her motion.<br>    The Clerk shall send a copy of this Order to:<br>        Lilliane Echevarria<br>        Urb. Los Arboles<br>        102 Vereda del Parque<br>        Carolina, PR 00987 |

Date: 9/3/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      #123