RECEIVED & FILED
1999 SEP 10 AM 8 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 2, 1999<br>**Docket:** # 121<br>[X] **Plffs**　　　[] **Defts**<br>**Title:** Motion Requesting Order Directed at San Juan Superior Court for Production of Documents. | On or before **October 8, 1999, Plaintiff** shall produce for Defendants: 1.) personal and economic information filed by him with the San Juan Superior Court 2.) his psychiatric examinations for such case and 3.) the transcript of the hearings held in state court. Defendants shall reimburse Plaintiff his costs for obtaining these documents. |

Date: 9/9/99

By: _____
JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: no | # 129 |

7