UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 10, 1999<br>**Docket:** # 130<br>[X] **Plffs**  [] **Defts**<br>**Title:** Motion in Compliance with Court Order | NOTED. |
| **Date Filed:** September 10, 1999<br>**Docket:** # 131<br>[X] **Plffs**  [] **Defts**<br>**Title:** Motion to Order Defendants to Supplement Response to Discovery. | GRANTED. Defendant shall state under oath the name of the custodian of the log books for all relevant times, whether it denies that a log book existed for November 17, 1995, what efforts it has made to search the log book, who conducted these efforts, and the reasons why it understands that such book has not been found. |

Date: 9/13/99

by: [signature]
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:           # 133