# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 14 AM 8 37
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

RICARDO SANTIAGO VERA
    Plaintiff
vs.                                    CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 1, 1999<br>**Docket:** # 118<br>[] **Plffs**  [X] **Defts**<br>**Title:** Motion to Strike Homero San Antonio as Witness for Failure to Appear at Deposition.. | **GRANTED**. The Court will hereby **STRIKE** Homero San Antonio's testimony for failing to appear at his deposition. The parties have to realize that there is a schedule by which the Court and all the parties have to abide. The subpoena was directed at Mr. San Antonio and he had the obligation to appear for his deposition. |

Date: 9/13/99

By: [signature]
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:         EOD:

By: no         # 134

7