UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 14 AM 8 37

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P R

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** August 31, 1999<br>**Docket:** # 115<br>[X] Plffs     [] Defts<br>**Title:** Special Appearance and Motion Requesting Rescheduling of Deposition Date of Homero San Antonio. | **DENIED.** |

Date: 9/13/99

by: [signature]
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:   EOD:

By:   # 135

7