UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.                                                                                         CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 24, 1999<br>**Docket:** #99<br>[ ] Plffs      [X] Defts<br>**Title:** Motion Requesting Documents of Ivette Rivera and to the Continuation of the Expert Evaluation | DENIED. |

Date: 9/13/99

by: [signature]
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:         EOD:

By:            # 136