UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

RECEIVED & FILED
1999 SEP 27 AM 8 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: September 20, 1999<br>Docket: #141<br>[X] **Plffs**  [] **Defts**<br>Title: Motion Pursuant to Local Rule 108 | **GRANTED.** Plaintiff shall file translated exhibits on or before **November 5, 1999**. |

Date: 9/22/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd: SEP 27 1999  EOD:
By: _____ #143