RECEIVED & FILED
1999 OCT 25 AM 9 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.                                        CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 24, 1999<br>**Docket:** #142<br>[ ] **Plffs**      [X] **Defts**<br>**Title:** Motion in Compliance with Order and Request for Reconsideration | **DENIED.** The Court will not reconsider its order entered on September 14, 1999, regarding Dr. Dessie Vega's documents pertaining to Ivette Rivera. |

Date: 10/20/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: no      #153

7