UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

RECEIVED & FILED
1999 OCT 25 AM 9 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** October 5, 1999<br>**Docket:** #148<br>[X] **Plffs**      [] **Defts**<br>**Title:** Motion Requesting Leave to File in Spanish Language. | **GRANTED.** Plaintiff shall file translated exhibits on or before **November 5, 1999.** |

Date: 10/20/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By: no       # 154

7