RECEIVED & FILED
1999 OCT 28 AM 8 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.                                  CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 8, 1999<br>**Docket:** #149<br>[] **Plffs**      [X] **Defts**<br>**Title:** Motion to Clarify Plaintiff's "Motion Regarding Order of 9-9-99 and Request for an Order." | **NOTED.** Defendants state that Plaintiff has mischaracterized their interest in obtaining the state court documents and that it was only Defendants' motion that led to the Court's 9-9-99 order. |

Date: 10/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #156