RECEIVED & FILED
1999 NOV -3 AM 10: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.                                          CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 14, 1999<br>**Docket:** #150<br>[ ] **Plffs**      [X] **Defts**<br>**Title:** Motion to Compel Deposition Transcripts and Requested Documents. | Although the Court has already ruled on the summary judgment motion, Plaintiff must provide Defendants with a copy of the depositiosn of Soad Khalil and Elba Santiago. Plaintiffs shall also produce the documents listed in the August 25, 1999 letter to Defendants. The Court emphasizes that the parties may not introduce into evidence any document not announced during the ISC or during the time provided in the ISC Order to amend the list of documentary evidence. |

Date: 11/1/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #157

7