UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 16, 1999<br>**Docket:** #167<br>[ ] Plffs      [X] Defts<br>**Title:** Motion for Partial Summary Judgment | **DENIED.** Defendants have brought an eleventh hour motion for partial summary judgment after the due date for filing dispositive motions. |

Date: 11/19/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:      #172

7