UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** November 16, 1999<br>**Docket:** #165<br>[] Plffs        [X] **Defts**<br>**Title:** Motion Requesting Defendants' Motion for Reconsideration Be Granted as Unopposed. | **DENIED.** Defendants appear to have disregarded Fed. R. Civ. P. 6(a) (c) addressing computation of time. Under this rule, when the period of time prescribed or allowed is less than 11 days, as is the case here, intermediate Saturdays, Sundays and Holidays shall be excluded. The day of the act from which the designated period of time begins is excluded and three days are added if service is by mail. Based on this calculation, Plaintiff's answer is due November 24, 1999. |

Date: 11/19/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:      #173

7