UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.                                      CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** November 16, 1999<br>**Docket:** #166<br>[] **Plffs**    [X] **Defts**<br>**Title:** Motion Requesting Leave to Add Documents | **DENIED.** The Court is not going to allow into evidence any document not announced during the ISC or during the period allotted thereafter for announcing additional documents, the last day of which was July 19, 1999. Trial is set for December 13, 1999 and this motion has been filed long after the ISC and the period of time to announce additional documents. If Defendants sought these documents during discovery, they should have announced them during the period for announcing documents. |

Date: 11/23/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #175