UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RICARDO SANTIAGO VERA
    Plaintiff
vs.
                                            CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: November 16, 1999<br>Docket: #166<br>[ ] Plffs    [X] Defts<br>Title: Motion for Reconsideration of Opinion and Order Denying Defendants' Motion for Summary Judgment; in the Alternative to Limit Remedies Available. | **DENIED.** The Court is not going to revisit the analysis of its opinion and order. In particular, the Court finds that the estoppel issue was properly opposed and addressed by Plaintiffs. As to the limitation of relief, Defendants cite to the McKennon decision for the proposition that if the employer realizes during discovery that there were reasons for discharging Plaintiff, such consideration must be borne in reducing remedies at trial. Defendants state that had it known that the martial problems between Plaintiff and his wife involved the risk of suicide and homicide, it would have considered discharging him. The Court is not persuaded by Defendants' reasoning. Even if Plaintiff made statements to a psychologist stating that he wanted to kill or would have killed his wife, such a statement does not necessarily mean that such was a real or potential threat. |

Date:

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #176

1