UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 29 AM 8 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RICARDO SANTIAGO VERA
    Plaintiff
vs.                                                                                   CIVIL NO. 98-2231 (JP)
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 16, 1999<br>**Docket:** #164<br>[] **Plffs**    [X] **Defts**<br>**Title:** Motion Requesting Order Under Fed. R. Civ. P. 36(a) | **DENIED.** The ISC is clear with regards to the guidelines of discovery. Plaintiff is correct in its statements that Defendants have waited until the last moment to file a Request for Admissions. At this stage, the parties must know their case and the case of the other party. Defendants had ample opportunity to elicit these admissions during discovery. Discovery has finalized in this case and the parties should be preparing for trial. |

Date: 11/24/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:           EOD:

By:                                    #177