IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RICARDO SANTIAGO VERA | * |
| Plaintiff | * |
| vs. | *   CIVIL NO. 98-2231 (JP) |
| WILLIAMS HOSPITALITY GROUP, INC.; PATRIOT AMERICAN HOSPITALITY, INC.; WYNDHAM INTERNATIONAL; WYNDHAM RESORTS HOTELS OF P.R.; WYNDHAM MANAGEMENT CORP.; CONDADO PLAZA HOTEL AND CASINO; POSADAS DE PUERTO RICO ASSOCIATES INCORPORATED; JOHN DOE; RICHARD ROE; PETER POE; INSURANCE COMPANY A; INSURANCE COMPANY B | * |
| Defendants | * |

**FINAL JUDGMENT**

Pursuant to Plantiff's Motion for Voluntary Dismissal With Prejudice, which is hereby **GRANTED**, the Court hereby **DISMISSES WITH PREJUDICE** the above-styled case. This judgment is entered without the imposition of costs or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of December, 1999.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE