UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RICARDO SANTIAGO VERA
    Plaintiff
vs.
WILLIAMS HOSPITALITY GROUP, INC., et al.,
    Defendants

CIVIL NO. 98-2231 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 15, 1999<br>**Docket:** #200<br>[ ] Plffs      [X] Defts<br>**Title:** Motion Submitting Settlement Agreement Under Seal. | **GRANTED.** Final judgment has already been entered in this case. The Clerk shall keep the motion at bar (**docket No. 200**) under seal. |

Date: 12/17/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:      #202

7